IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-cv-01917-EWN-CBS

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

SPORT-HALEY, INC.,
ROBERT G. TOMLINSON,
STEVE S. AUGER AND
KENNETH R. LECRONE,

Defendants.

## ORDER DISMISSING ACTION AGAINST  KENNETH R. LECRONE

This matter having come before the Court on the parties' stipulated motion to dismiss

this action against defendant Kenneth R. LeCrone, with prejudice, and the Court  having

reviewed the motion, the Court's file, and otherwise being fully advised:

IT IS HEREBY ORDERED that defendant Kenneth R. LeCrone is dismissed from this

action with prejudice pursuant to Fed. R. Civ. P 41(a).

IT IS FURTHER ORDERED that each party shall bear all its own costs, including but

not limited to attorneys' fees.

Dated this 21st day of December, 2005.

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

1